Sullivan,
June 2, 1908.

WHITE RIVER LUMBER CO. v. CLARK, *Trustee, & a.*

BILL IN EQUITY, praying for the appointment of a trustee to carry into effect a trust in land created by Franklin Pierce in 1863. The original trustee is dead, and the plaintiff claims to be the owner of an interest in the beneficial estate.   A trustee was appointed, and Maxfield, claimant of an adverse title to the land, excepted.   Transferred from the November term, 1907, of the superior court by *Chamberlin,* J.

*Jesse M. Barton* and *Edwin G. Eastman,* for the plaintiff.

*George R. Brown,* for Maxfield.

PEASLEE, J.   The adverse claimant has no such interest in the trust estate as to entitle him to be heard upon the question of the

appointment of a trustee. If, as he claims, he has title to the real estate in question, that fact can be shown when the trustee proceeds against him, or he against the trustee. It is not now in issue.

*Exception overruled.*

All concurred.